# EX A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SIHAM HOJEIJ,

     Defendant.

---

## AGREEMENT FOR PRETRIAL DIVERSION

---

You are reported to have committed one or more federal offenses, in that you did commit Federal Program Fraud, in violation of 18 U.S.C. §641.

It appears that you accept responsibility for your behavior, and it also appears, after an investigation of your offense(s) and background, that the interests of the United States, your own interests, and the interests of justice will be served by the following procedure.

Therefore, on the authority of the Attorney General of the United States, by the United States Attorney for the Eastern District of Michigan, prosecution in this District for the offense(s) described above shall be deferred for a period of twelve (12) months from the date of the signing of this Agreement for Pretrial Diversion, provided that you comply with all of the conditions of this Agreement.

During the period of prosecutive deferment, you will be under the supervision of a U.S. Pretrial Services Officer. If at the end of this period, your Pretrial Services Officer reports that you complied with all of the conditions of this Agreement, your pretrial diversion will be terminated with certification and no criminal prosecution for the offense(s) described above will be undertaken in this District. If criminal charges are pending against you, they will be dismissed.

However, if you violate any condition of this Agreement, the United States Attorney may (a) modify any condition of the Agreement, and/or (b) extend the period of supervision and prosecutive deferment, which shall in no case exceed a total of 18 months, or (c) terminate the pretrial diversion and institute or resume prosecution. If prosecution is instituted or resumed, the United States Attorney will furnish you with a notice specifying the condition(s) of the Agreement that you have violated. The institution or resumption of prosecution shall occur no later than 60 days after the end of the original or extended period of prosecutive deferment. A prosecution shall be deemed instituted when an indictment or information is filed. A prosecution shall be deemed resumed, in a case where an indictment or information is already pending, when the United States Attorney files a notice to that effect with the Court. Neither this Agreement nor any other document submitted to the Pretrial Services Agency or the United States Attorney as a result of your participation in the Pretrial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the offense(s) described above.

## General Conditions of Pretrial Diversion

1. You shall not commit any crime (federal, state, or local). You shall notify your Pretrial Services Officer within 72 hours if you are arrested or questioned by any law enforcement officer or charged with any crime.

2. You shall not use any controlled substance (for example, marijuana, cocaine, cocaine base (crack), methamphetamine, PCP, LSD, heroin, Dilaudid, anabolic steroids) without a lawful prescription. You shall refrain from the excessive use of alcoholic beverages.

3. You shall be regularly employed, or actively seek regular employment, unless you are excused from this requirement by your Pretrial Services Officer for good cause (such as being enrolled in a secondary or post-secondary program of education, or being disabled). You shall notify him or her at least 10 days before changing jobs or schools. You shall notify him or her within 72 hours if you become unemployed or stop attending school.

4. You shall comply with every legal obligation or court order to which you are subject (such as an order to pay child support or alimony).

5. You shall continue to reside in the Eastern District of Michigan, and you shall notify your Pretrial Services Officer before changing your residence to another location within this District. If you intend to move out of the District, you shall notify your Pretrial Services Officer so that the appropriate transfer of supervision can be made, subject to the prior approval of the United States Attorney. You shall notify your Pretrial Services Officer immediately of any change in your telephone number.

6. You shall submit written reports and report in person to your Pretrial Services Officer as directed.

7. You shall answer truthfully all questions posed by your Pretrial Services Officer and follow his or her instructions.

8. You shall comply with every special condition described below.

### Special Conditions of Pretrial Diversion

1. You will execute a Stipulation for the Entry of a Consent Judgment whereby you agree to pay restitution as set forth in the Consent Judgment. **The first installment is due April 15, 2019** and each of the remaining installments is due on the same day of each successive month. You shall provide proof of payment to Pretrial Services each month. Payments shall continue until the entire obligation has been paid in full; this agreement shall remain in force and effect until the entire obligation is paid in full.

### Acknowledgment and Waiver

I acknowledge and certify that I am aware that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that the applicable statute of limitations, the Due Process Clause, Rule 48(b) of the Federal Rules of Criminal Procedure, and the Speedy Trial Act (18 U.S.C. §§ 3161-3174) provide that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the grand jury, filing an information or complaint, or bringing a defendant to trial. I hereby request the United States Attorney for the Eastern District of Michigan to defer prosecution of the offense(s) described above. I agree and consent that any delay from the date of the signing of this Agreement to the date of the institution or resumption of prosecution, as

allowed by this Agreement, shall be deemed to be necessary delay at my request, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under the Sixth Amendment, the applicable statute of limitations, the Due Process Clause, Rule 48(b) of the Federal Rules of Criminal Procedure, or the Speedy Trial Act.


I hereby state that I have read this Agreement and that it has been explained to me. I understand the terms and conditions of my pretrial diversion program and agree that I will comply with them.

Signed this _29_ day of _MARCH_____, 2019


_____
DORAID B. ELDER
Attorney for Defendant/Divertee

_____
SIHAM HOJEIJ
Defendant/Divertee


MATTHEW SCHNEIDER
United States Attorney

_____
Pretrial Services Officer

_____
STANLEY J. JANICE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226