UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SIHAM HOJEIJ,

    Defendant.

Case No. 2:19-cv-12987
Hon. Arthur J. Tarnow

## CONSENT JUDGMENT

This matter having come before the Court upon the United States' complaint and the parties have reached an agreement and the Court being duly advised in the premises, now therefore

The Court finds:

    That Defendant is indebted to the United States for unpaid restitution in the amount of $**12,964.95**.

    That Defendant is currently without assets sufficient to pay the judgment in full; and

    That it is in the best interests of the parties to enter into an installment agreement; now therefore,

**IT IS HEREBY ORDERED that:**

1) Judgment shall enter against SIHAM HOJEIJ in the amount of **$12,964.95.**

2)    Defendant acknowledges that the Department of Homeland Security seized **$9,380.00** in connection with a related criminal investigation. Defendant agrees not to contest the seizure of those funds and requests that those funds be applied to Defendant's restitution judgment.

3)    Defendant understands that if for any reason the seized funds, or a portion of these funds, are not released to the United States Attorney's Office for application against this judgment, that she is responsible for payment of the full $12,964.95.

4)    On or about January 16, 2019, the Government received a signed, notarized agreement regarding the $9,380.00 from the Administrative Petitioners to those funds. Under the terms of the Agreement, the Administrative Petitioners agree to allow Customs and Border to Protection to turn the $9,380.00 over to the United States Attorney's Office as payment of restitution owed by Siham Hojeij.

5)    Defendant agrees to pay the sum of restitution remaining after application of the **$9,380.00**, in equal monthly installments of **$298.75** every month until the entire obligation has been paid in full. This agreement shall remain in force and effect until such time as the judgment is paid in full.

6)    All payments shall be by check or money order and shall be made payable to the United States;

7)    Payments shall be mailed to:
       United States Attorney's Office
       Attn: Financial Litigation Unit
       211 W. Fort, Suite 2001
       Detroit MI 48226

After recording the receipt of the payment, the United States shall forward the payment to the following agencies, on a pro rata basis, based upon the full amount of their loss:

- *Social Security Administration* (Siham Hojeij xxx-xx-8436)     $10,777.40

  Debt Management Section-DOJ Refund
  P.O. Box 2861
  Philadelphia, PA 19122

- *Health and Human Services*  (File No:  5-16-0-0163-9)         $ 1,385.55

    CMS
    Division of Accounting Operations
    P.O. Box 7520
    Baltimore, MD 21207-0520

- *USDA* (File no. CH-2753-0102 Al-Mona Market)         $     802.00

    Food and Nutrition Service, USDA
    P.O. Box 979027
    Lock Box 9027
    St. Louis, MO 63197-9000

Defendant understands and agrees that she must make payments of **$298.75** every month until the debt is paid in full.

8) Defendant waives any objection to participation in the Treasury Offset Program;

9) Defendant shall submit complete annual financial information pursuant to the request of the United States;

10) Defendant shall maintain books and records sufficient to verify all financial information submitted to the United States;

11) All payments due hereunder are to be forwarded to the United States in such a manner as to be received by the United States on or before the due date of such payment;

12) The payment terms established hereunder are subject to modification upon material changes in Defendant's financial condition;

13) In the event that the United States does not receive any payment by close of business on the due date of the payment, or does not receive the financial information required by this agreement, the United States may take any action deemed necessary to collect the then outstanding balance due from Defendant;

14) In the event the United States does not receive any payment by the close of business on the due date of the payment, then in addition to the remedies provided in paragraph 13, interest at the standard federal judgment rate then in effect shall begin to accrue on the outstanding balance due on the debt;

15) In the event that Defendant's place of employment changes or Defendant's residence changes, then Defendant shall notify the United States of such change within five days of the change of employment or change of residence;

16) As long as Defendant is in compliance with all the terms of this agreement, the United States shall not garnish Defendant's wages or bank accounts.

s/Arthur J. Tarnow<br>United States District Judge

Entered: November 5, 2019

## STIPULATION

The undersigned parties hereby stipulate to the entry of the above-stated order.

MATTHEW SCHNEIDER
United States Attorney

| | |
|---|---|
| *s/Jacqueline M. Hotz* | *Siham Hojeij* |
| JACQUELINE M. HOTZ | SIHAM HOJEIJ, Defendant |
| Assistant United States Attorney | *(w/consent, see attached)* |
| 211 W. Fort Street, Suite 2001 | |
| Detroit, Michigan 48226 | |
| Phone: (313) 226-9108 | |
| Email: jackie.hotz@usdoj.gov | |
| Bar Number: P35219 | |

provided in paragraph 13, interest at the standard federal judgment rate then in effect shall begin to accrue on the outstanding balance due on the debt;

15) In the event that Defendant's place of employment changes or Defendant's residence changes, then Defendant shall notify the United States of such change within five days of the change of employment or change of residence;

16) As long as Defendant is in compliance with all the terms of this agreement, the United States shall not garnish Defendant's wages or bank accounts.

_____
United States District Judge

Entered:

## STIPULATION

The undersigned parties hereby stipulate to the entry of the above-stated order.

MATTHEW SCHNEIDER
United States Attorney

| | *Siham Hojeij* |
|---|---|
| _____ | _____ |
| JACQUELINE HOTZ | SIHAM HOJEIJ |
| Assistant United States Attorney | Defendant |
| 211 W. Fort Street, Suite 2001 | |
| Detroit, Michigan 48226 | |
| (313) 226-9108 | |

5